IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 10 2012

Stephan Harris, Clerk
Cheyenne

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE FUND, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>FISHER CRANE SERVICES, LLC, A Wyoming limited liability company,<br><br>Defendant. | Case No. 11-cv-89-F |

**ORDER ON MOTION TO DISMISS**

This matter is before the Court pursuant to the parties' stipulated Motion to Dismiss.

The Court has reviewed the pleadings and is fully informed in the premises:

IT IS ORDERED that Plaintiffs' claims against Defendant Fisher Crane, LLC are DISMISSED with prejudice. Each party shall bear its own costs.

Dated this __10__ day of January, 2012.

Nancy D. Freudenthal
Chief United States District Judge